**FILED**
February 23, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:07-cr-49 DFL |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Paul Matson, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Paul Matson_ Case _2:07-cr-49 DFL_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      \_\_   Release on Personal Recognizance

      \_\_   Bail Posted in the Sum of _____

      X   Unsecured bond in the amount of $50,000

      \_\_   Appearance Bond with 10% Deposit

      \_\_   Appearance Bond secured by Real Property

      \_\_   Corporate Surety Bail Bond

      X   (Other)  _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _2/23/07_ at **2:10 p.m.**

By _/s/ Kimberly J. Mueller_
Kimberly J. Mueller,
United States Magistrate Judge