DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
PAUL MATSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-049 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER TO |
| ) | CONTINUE SENTENCING HEARING AND |
| v. ) | TO ALTER PRESENTENCE REPORT |
| ) | SCHEDULE |
| PAUL MATSON ) | |
| ) | |
| Defendant. ) | |
| ) | Judge: D. Lowell Jensen |
| _____ ) | |

This case is currently scheduled for a sentencing hearing on July 31, 2007.  The attorneys for both parties have conferred and agree that additional time is needed to prepare the Presentence Investigation Report.   The parties agree to modify the Presentence Investigation Report schedule and continue sentencing for one week.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing currently scheduled in this case for July 31, 2007, be continued until August 7, 2007.  The parties further agree to the following schedule:

Sentencing:  August 7, 2007

Formal Objections to PSR:  July 31, 2007

Final PSR due:  July 24, 2007

Informal Objections due: July 17, 2007

1

Draft PSR due: July 3, 2007

    A proposed order is attached and lodged separately for the court's convenience.

DATED: June 12, 2007

                Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/Carolyn Delaney | /s/ Lexi Negin |
| CAROLYN DELANEY | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for PAUL MATSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>PAUL MATSON<br><br>              Defendant.<br>_____ | ) No. CR-07-049 DLJ<br>)<br>)<br>)<br>)<br>) PROPOSED ORDER CONTINUING<br>) SENTENCING HEARING AND ALTERING<br>) PRESENTENCE REPORT SCHEDULE<br>)<br>)<br>) |

     For the reasons set forth in the stipulation of the parties, filed on June 12, 2007, IT IS HEREBY ORDERED that the sentencing conference currently scheduled for July 31, 2007, be continued until Tuesday, August 7, 2007, at 10:00 a.m.  IT IS FURTHER ORDERED that the draft PSR is due on July 3, 2007. informal objections to the PSR writer are due on July 17, 2007, the final Presentence Investigation Report is due on July 24, 2007, and any formal objections or corrections are due to the Court on July 31, 2007.

Dated: _____, 2007

                                        _____
                                        HON. D. LOWELL JENSEN
                                        UNITED STATES DISTRICT JUDGE