```
McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S-07-049-DLJ |
| ) Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| ) v. ) | |
| ) PAUL MATSON, ) | |
| ) Defendant. ) | |
| _____) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Paul Matson, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) one computer tower;

    b) two hard drives[1];

    c) numerous CD's;

---

[1] Identified as a "Fujitsu Limited" hard drive, serial number 06233034, model number MPA3035AT and "Fujitsu" hard drive, serial number 01022189, model number MPE313AT.

    d)  numerous floppy disks.

  2. The above-listed property constitutes or is traceable to gross profits or other proceeds obtained directly or indirectly from a violation of 18 U.S.C. § 2252(a)(4)(B) or was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(4)(B).

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

  4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Calaveras Enterprise</u> (Calaveras County), a newspaper of general circulation located in the county in which the above-listed property was seized, notice of this Order, notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

    b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in

1 | the property and any additional facts supporting the petitioner's
2 | claim and the relief sought.
3 |         c.   The United States may also, to the extent
4 | practicable, provide direct written notice to any person known to
5 | have alleged an interest in the property that is the subject of
6 | the Order of Forfeiture, as a substitute for published notice as
7 | to those persons so notified.
8 |     5.   If a petition is timely filed, upon adjudication of all
9 | third-party interests, if any, this Court will enter a Final
10 | Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all
11 | interests will be addressed.
12 |     SO ORDERED this  27th   day of   June  , 2007.

_____
D. LOWELL JENSEN
United States District Judge