DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
PAUL MATSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-049 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | SENTENCING HEARING AND TO ALTER |
| v. ) | PRESENTENCE REPORT SCHEDULE |
| ) | |
| PAUL MATSON ) | |
| ) | |
| Defendant. ) | Judge: D. Lowell Jensen |
| ) | |
| _____ ) | |

    This case is currently scheduled for a sentencing hearing on August 7, 2007.  The attorneys for both parties have conferred and agree that additional time is needed to prepare the Presentence Investigation Report.   The parties agree to modify the Presentence Investigation Report schedule and continue sentencing to September 25, 2007 at 10:00 a.m..

    The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing currently scheduled in this case for August 7, 2007, be continued until September 25, 2007.  The parties further agree to the following schedule:

Sentencing:  September 25, 2007 at 10:00 a.m.

Formal Objections to PSR:  September 18, 2007

Final PSR due:  September 11, 2007

Informal Objections due: September 4, 2007

1

1 | A proposed order is attached and lodged separately for the court's convenience.

2

3 | DATED: July 31, 2007

4 | Respectfully submitted,

5 | McGREGOR W. SCOTT                                          DANIEL BRODERICK
United States Attorney                                              Federal Defender

6

7

  /s/Carolyn Delaney                                                  /s/ Lexi Negin
8 | CAROLYN DELANEY                                          LEXI NEGIN
Assistant U.S. Attorney                                          Assistant Federal Defender
9 | Attorney for United States                                   Attorney for PAUL MATSON

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>PAUL MATSON,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)  ORDER CONTINUING SENTENCING<br>)  HEARING AND ALTERING PRESENTENCE<br>)  REPORT SCHEDULE<br>)<br>)<br>)  No. CR-07-049 DLJ |

     For the reasons set forth in the stipulation of the parties, filed on July 31, 2007, IT IS HEREBY ORDERED that the sentencing conference currently scheduled for August 7, 2007, be continued until Tuesday, September 25, 2007, at 10:00 a.m. IT IS FURTHER ORDERED that informal objections to the PSR writer are due on September 4, 2007, the final Presentence Investigation Report is due on September 11, 2007, and any formal objections or corrections are due to the Court on September 18, 2007.

Dated: July 31, 2007

                                        /s/ D. Lowell Jensen
                                        D. LOWELL JENSEN
                                        UNITED STATES DISTRICT JUDGE