McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S-07-049-DLJ |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL MATSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on June 28, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the guilty plea entered by defendant Paul Matson agreeing to forfeit to the United States the following property:

        a)    one computer tower;

        b)    two hard drives[1];

        c)    numerous CD's;

        d)    numerous floppy disks.

---

[1] Identified as a "Fujitsu Limited" hard drive, serial number 06233034, model number MPA3035AT and "Fujitsu" hard drive, serial number 01022189, model number MPE313AT.

1    AND WHEREAS, on July 17, 24, and 31, 2007, the United States published notice of the Court's Preliminary Order of Forfeiture in the <u>Calaveras Enterprise</u> (Calaveras County), a newspaper of general circulation located in the county in which the subject property was seized. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

   AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

   Accordingly, it is hereby ORDERED and ADJUDGED:

   1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Paul Matson.

   2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

   3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

   SO ORDERED this 5th day of November, 2007.


                              /s/ D. Lowell Jensen
                              D. LOWELL JENSEN
                              United States District Judge