```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2798
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,    )
10                               )  C.R. No. S. 07-049 DLJ
                 Plaintiff,      )
11                               )
         v.                      )
12                               )  ORDER TO RELEASE
    PAUL MATSON,                 )  EVIDENCE FOR DESTRUCTION
13                               )
                 Defendant.      )
14  _____)
```

15      The United States of America, by and through its attorneys of
16 record, McGREGOR W. SCOTT, United States Attorney for the Eastern
17 District of California, and CAROLYN K. DELANEY, Assistant United
18 States Attorney, respectfully requests that the property seized in
19 this case and currently being held by the Sacramento Valley High
20 Tech Task Force be released to Calaveras County Detective Heather
21 Cammisa for destruction.  This Motion is based on the attached
22 Declaration of Assistant United States Attorney Carolyn K. Delaney.

23 DATED: December 18, 2007          Respectfully submitted,

24                                   McGREGOR W. SCOTT
                                     United States Attorney
25
                                     By: /s/ Carolyn K. Delaney
26                                       CAROLYN K. DELANEY
                                         Assistant U.S. Attorney
27

28

1
2
3                                    **ORDER**
4        **IT IS HEREBY ORDERED**:    That the property in the above-
5   entitled case currently being held by the Sacramento Valley High
6   Tech Task Force be released to Calaveras County Detective Heather
7   Cammisa for destruction.
8
9   Dated: December 20, 2007            _____
10                                       Honorable D. Lowell Jensen
                                         United States District Judge

## D E C L A R A T I O N

I, CAROLYN K. DELANEY, declare as follows:

1.  I am an Assistant U.S. Attorney for the Eastern District of California and am familiar with the facts described below.

2.  I was trial counsel for the above-captioned case.

3.  In November, 2006, Calaveras County Detective Heather Cammisa seized a number of items relating to the investigation of the defendant in this matter. Those items are reflected in the property receipts attached to this Declaration.

4.  Detective Cammisa later turned the items of evidence over to the Sacramento Valley High Tech Task Force which assisted in the federal prosecution of the defendant.

5.  The defendant entered a plea of guilty, was sentenced, and the case has been closed.

6.  Detective Cammisa has requested that the evidence from this case, absent the computer equipment which was already forfeited by judicial order, be returned to her for destruction.

7.  I contacted the defendant's counsel, Ms. Negin, who indicated that she had no objection to the request.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 18th day of December, 2007.

/s/ Carolyn Delaney
_____
CAROLYN K. DELANEY