1 | JESSICA M. GRAVES, SBN 234346
  | LAW OFFICES OF WING & PARISI
2 | 917 G Street
  | Sacramento, CA  95814
3 | Telephone:  (916) 441-4888
  | Facsimile:   (916) 441-1575
4 | Email: jessica@wingparisilaw.com

5 Attorneys for Paul Matson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:07-cr-00049-WBS |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL TO CONTINUE ADMIT/DENY HEARING**~~ACT~~**; [**~~PROPOSED~~**] FINDINGS AND ORDER** |
| v. | |
| PAUL MATSON, | |
| Defendant. | |

Defendant Paul Matson, by and through Jessica Graves, his counsel of record, and plaintiff, by and through its counsel, Andre Espinosa, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing status on August 20, 2018.

2. By this stipulation, the defendant Paul Matson now moves to continue the ~~Initial Appearance~~ the admit/deny hearing until September 24, 2018, at 9:00 a.m. and to exclude time between August 20, 2018 and September 24, 2018 under Local Code T4.

3. The United States does not oppose this request.

~~4~~3. The parties agree and stipulate, and request that the Court find the following:

a. The United States Attorney and Counsel for Mr. Matson ~~need~~ requires additional time to meet and confer with government counsel about a potential resolution of the allegation in the

Stipulation and [Proposed] Order ~~to~~ for Continue ~~ance~~
of Status Hearing and for Exclusion of
Time~~Admit/Deny Hearing~~

1

petition charging Mr. Matson, to complete ongoing investigateion those allegations, and to and review discovery.

  b. CCounsel for defendant Mr. Matson is currently also engaged by another client in a criminal trial in another court, which requires her exclusive attention.  Mr. Matson, who is detained in this matter, has expressed his desire to preserve the continuity of his counsel in this matter, and has agreed to the proposed continuance.

  c. Without admitting guilt to the allegations in the petition in which he is charged, Mr. Matson acknowledges that the Guideline sentencing range if he pleads guilty or is found guilty by the Court is 3 to 9 months.  <u>See</u> Dkt. # 32, pg 8.

  d. Accordingly, Mr. Matson agrees that, if granted by the Court, the proposed continuance will permit him to preserve the continuity of his counsel in this matter.  Mr. Matson further agrees that granting of the proposed continuance will not deprive him of a hearing in a "reasonable time" under Federal Rule of Criminal Procedure 32.1(b)(2).  Alternatively, Mr. Matson also agrees that this continuance request constitutes his written waiver of a hearing within a "reasonable time" under the rule.  believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  ec. The United States Attorney agrees does not object to the proposed continuance.

d. All counsel agrees to the continuance.

  e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of ugust 20, 2018 and September 24, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  54. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which

2

Stipulation and [Proposed] Order to for Continue ance
of Status Hearing and for Exclusion of
TimeAdmit/Deny Hearing

a trial must commenceconstitute an admission by Mr. Matson to the allegations against him charged in the petition.

Dated: August 16, 2018

Respectfully Submitted,

/s/ Jessica M. Graves
_____
Jessica M. Graves
Attorney for Paul Matson

Dated: August 16, 2018
BENJAMIN B. WAGNER
United States Attorney

/s/ Jessica M. Graces by e-mail authorization
_____
Andre M. Espinosa, Assistant U.S. Attorney
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-cr-00049-WBS |
|---|---|
| Plaintiff, | **[PROPOSED] FINDINGS AND ORDER** |
| v. | |
| PAUL MATSON, | |
| Defendant. | |

JESSICA M. GRAVES, SBN 234346
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: jessica@wingparisilaw.com

Stipulation and [Proposed] Order to for Continue ance of Status Hearing and for Exclusion of TimeAdmit/Deny Hearing

3

Attorneys for Paul Matson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        Plaintiff,

  v.

PAUL MATSON

        Defendant,

Case No. 2:07-cr-00049-WBS

[PROPOSED] ORDER

Based on the reasons set forth in the stipulation of the parties filed on August 16, 2018, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

**IT IS HEREBY ORDERED** that the Initial Admit/Deny hearing Appearance currently set for August 20, 2018, be shall be and is vacated and that an continued to Initial Appearance be set for September 24, 2018, at 9:00 a.m.

Dated: August 17, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 16, 2018 stipulation, the time within which the trial of this matter must be

Stipulation and [Proposed] Order to for Continue ance of Status Hearing and for Exclusion of TimeAdmit/Deny Hearing

4

///

///

commenced under the Speedy Trial Act is excluded during the time period of August 20, 2018 and September 24, 2018 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated: August    , 2018

_____
HONORABLE Morrison C. EnglandWILLIAM B. SHUBB, Jr.
United States District Judge