UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 15 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. 2:07CR00049-01 WBS |
| Plaintiff,          ) | |
| v.          ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| **PAUL MATSON**,          ) | |
| Defendant.          ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Paul Matson** Case 2:07CR00049-01 WBS from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    ___ Unsecured bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    **X** (Other) **Defendant was sentenced to a term of TIME SERVED.**

Issued at Sacramento, CA on October 15, 2018 at 10:15 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing