HEATHER E. WILLIAMS, #122664
Federal Defender
ANDREW FRANCISCO, DISTRICT OF COLUMBIA #1619332
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
PAUL MATSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL MATSON,<br><br>Defendants. | Case No.   2:07-CR-00049-WBS<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING<br><br>DATE:   October 7, 2024<br>TIME:    10:00 a.m.<br>JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the admit/deny hearing currently scheduled for October 7, 2024 at 10:00 a.m. be continued to **October 28, 2024 at 10:00 a.m.**

By previous order, this case was set for an admit/deny hearing on October 7, 2024 at 10:00am. By this stipulation, defendant moves to continue the admit/deny hearing to October 28, 2024 at 10:00am to allow defense counsel sufficient time to review all the evidence and consult with him on how he wishes to proceed. This continuance is necessary to accommodate the parties' schedule. The government does not object to the continuance.

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 3, 2024 | */s/ Andrew Francisco*<br>ANDREW FRANCISCO<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ANDREW GOLTZ |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED:  October 3, 2024 | */s/ Joseph Douglas Harman*<br>JOSEPH DOUGLAS HARMAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

**IT IS SO ORDERED** that the admit/deny hearing currently scheduled for October 7, 2024, at 10:00 a.m. is hereby continued to **October 28, 2024 at 10:00 a.m.**

Dated: October 4, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE