HEATHER E. WILLIAMS, #122664
Federal Defender
ANDREW FRANCISCO, DISTRICT OF COLUMBIA #1619332
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
PAUL MATSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL MATSON,<br><br>Defendants. | Case No.   2:07-CR-00049-WBS<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING<br><br>DATE:   October 28, 2024<br>TIME:    10:00 a.m.<br>JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the admit/deny hearing currently scheduled for October 28, 2024 at 10:00 a.m. be continued to **November 18, 2024 at 10:00 a.m.**

By previous order, this case was set for an admit/deny hearing on October 28, 2024 at 10:00am. By this stipulation, defendant moves to continue the admit/deny hearing to November 18, 2024 at 10:00am to allow defense counsel sufficient time to review all the evidence and consult with him on how he wishes to proceed. There were scheduling conflicts between all the parties in order to review evidence, which was just completed on Monday, October 21. A continuance is needed in order to complete follow-up investigations. This continuance is necessary to accommodate the parties' schedule. The government does not object to the continuance.

|    |                              |                                                                 |
|----|------------------------------|-----------------------------------------------------------------|
| 1  |                              | Respectfully submitted,                                         |
| 2  |                              | HEATHER E. WILLIAMS<br>Federal Defender                         |
| 4  | DATED: October 23, 2024      | */s/ Andrew Francisco*<br>ANDREW FRANCISCO                      |
| 5  |                              | Assistant Federal Defender                                      |
| 6  |                              | Attorneys for Defendant<br>PAUL MATSON                          |
| 8  |                              | PHILLIP A. TALBERT<br>United States Attorney                    |
| 10 | DATED:  October 23, 2024     | */s/ Joseph Douglas Harman*<br>JOSEPH DOUGLAS HARMAN            |
| 11 |                              | Assistant United States Attorney<br>Attorney for Plaintiff      |

**O R D E R**

**IT IS SO ORDERED** that the admit/deny hearing currently scheduled for October 28, 2024, at 10:00 a.m. is hereby continued to **November 18, 2024 at 10:00 a.m.**

Dated: October 28, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE