HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ANDREW FRANCISCO, DC SBN #1619332
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
PAUL MATSON,

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>PAUL MATSON,<br><br>   Defendant. | Case No.  2:07-cr-00049-WBS<br><br>**ORDER RE REQUEST FOR ORDER TO DISCLOSE PROBATION RECORDS** |

The Court, having considered the defendant-supervised-releasee's requests in this matter, and good cause appearing therefrom, hereby orders as follows:

United States Probation Office is ordered to produce the full forensic report analyzing the five cell phones seized from Mr. Matson's residence on July 23, 2024.

IT IS SO ORDERED.

Dated: November 12, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-