HEATHER E. WILLIAMS, #122664
Federal Defender
ANDREW FRANCISCO, DISTRICT OF COLUMBIA #1619332
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
PAUL MATSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAUL MATSON,<br><br>    Defendants. | Case No.   2:07-CR-00049-WBS<br><br>STIPULATION AND ORDER TO CONTINUE DISPOSITION HEARING<br><br>DATE:   January 21, 2025<br>TIME:    10:00 a.m.<br>JUDGE: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the disposition hearing currently scheduled for January 21, 2025, at 10:00 a.m. be continued to **February 24, 2025, at 10:00 a.m.**

By previous order, this case was set for a disposition hearing on January 21, 2025, at 10:00 a.m. By this stipulation, the defendant moves to continue the disposition hearing to February 24, 2025, at 10:00 a.m. to allow defense counsel sufficient time to prepare for the hearing. The defense has timely requested certain records material to the disposition of this case from third-party record keepers but has not yet received them. A continuance is necessary to ensure these records are obtained and incorporated into defense arguments with adequate time for preparation.

1  The government does not object to the requested continuance.

                                                        Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                        Federal Defender

DATED: January 13, 2025                    */s/ Andrew Francisco*
                                                        ANDREW FRANCISCO
                                                        Assistant Federal Defender
                                                        Attorneys for Defendant
                                                        PAUL MATSON

                                                        PHILLIP A. TALBERT
                                                        United States Attorney

DATED:  January 13, 2025                   */s/ Joseph Douglas Harman*
                                                        JOSEPH DOUGLAS HARMAN
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED** that the disposition hearing currently scheduled for January 21, 2025, at 10:00 a.m. is hereby continued to February 24, 2025, at 10:00 a.m.

Dated:  January 14, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE